UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LARRY FARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00149-JPH-MJD |
| | ) |
| OWEN COUNTY, INDIANA, | ) |
| DON VANDERMOERE Prosecutor, | ) |
| BILL HOBBS Sheriff, | ) |
| MITCH FLEETWOOD Officer, | ) |
| AUSTIN COMBS Officer, | ) |
| ASPARAGUS Officer, | ) |
| HIBBLER Marshal, | ) |
| BROWNING Officer, | ) |
| MEGAN SCHUELER Attorney, | ) |
| JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This action is dismissed with prejudice as to the claims against Don VanDerMoere and Megan Schueler and dismissed without prejudice as to all other claims.

Date: 7/28/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____Pam Pope_____
Deputy Clerk, U.S. District Court

Distribution:

LARRY FARLEY
950773
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391